IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **NATHAN H. NIPPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.  05-CV-693-DRH |
| ) | |
| **THE PURDUE PHARMA COMPANY,**) | |
| **PURDUE PHARMA, L.P.,** ) | |
| **PURDUE PHARMA INC.,** ) | |
| **PURDUE FREDERICK COMPANY,** ) | |
| **THE P.F. LABORABORIES, INC.,** ) | |
| **and MALLINCKRODT, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**HERNDON, District Judge:**

Pursuant to Plaintiff's Unopposed Motion to Stay Proceedings (Doc. 26), agreed upon by all Defendants herein, this Court hereby **GRANTS** the motion and the case is hereby **STAYED** as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc, and Mallinckrodt, Inc. until December 30, 2006.

With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

**IT IS SO ORDERED.**

Signed this 27th day of November, 2006.

/s/      David   RHerndon
**United States District Judge**