# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| NATHAN H. NIPPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-CV-693-DRH |
| ) | |
| THE PURDUE PHARMA COMPANY,) | |
| PURDUE PHARMA, L.P., ) | |
| PURDUE PHARMA INC., ) | |
| PURDUE FREDERICK COMPANY, ) | |
| THE P.F. LABORABORIES, INC., ) | |
| and MALLINCKRODT, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 28). Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2007.

/s/       David   RHerndon
**United States District Judge**