IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATHAN H. NIPPS,**

     **Plaintiff,**

     vs.                                          Cause No. 05-CV-693 DRH

**THE PERDUE PHARMA COMPANY**
**PURDUE PHARMA, L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC., and**
**MALLINCKRODT, INC.,**

     **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                                                    **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                                    By:   s/Patricia Brown
                                                                     Deputy Clerk

APPROVED: /s/    David   RHerndon
                   **U.S. DISTRICT JUDGE**